IN THE SUPREME COURT OF THE STATE OF DELAWARE,

| | | |
|---|---|---|
| TORY E. BRAXTON, | § | |
| | § | No. 22, 2016 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 0910000699 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: January 19, 2016
Decided:    March 1, 2016

Before **STRINE**, Chief Justice; **HOLLAND**, and **SEITZ**, Justices.

**O R D E R**

On this 1st day of March 2016, the Court having considered this matter on the opening brief and the motion to affirm has determined that the Superior Court order denying several motions seeking correction of the defendant's sentence should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned December 21, 2015 Letter Order. To the extent that Braxton argues that the trial judge based the sentence he imposed on improper factors, that argument is not properly supported by the record, is not rationally supported by any argument of improper bias on the part of the trial judge, is untimely, and is belied by the rational reasons given by the trial judge for the sentence imposed.

NOW, THEREFORE IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice